IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **Grantley Patent Holdings, Ltd.,** § <br> **(a Texas Limited Partnership),** § <br>     **Plaintiff,** § <br> § <br> vs. § <br> § <br> **Clear Channel Communications, Inc.;** § <br> **Clear Channel Management Services, LP;** § <br> **Ackerley Broadcasting Fresno, Inc.;** § <br> **Ackerley Broadcasting Operations, LLC;** § <br> **AMFM Broadcasting, Inc;** § <br> **Capstar Radio Operating Company;** § <br> **Citicasters, Co.;** § <br> **Clear Channel Broadcasting, Inc.;** § <br> **Jacor Broadcasting Corporation; and** § <br> **Jacor Broadcasting of Colorado, Inc.** § <br>     **Defendants.** § | **Civil Action No. 9:06cv259** <br><br> **JURY TRIAL** |

## ORDER GRANTING AGREED MOTION TO UNSEAL
## CERTAIN PORTIONS OF THE TRIAL COURT RECORD

Before the court is the partie' Agreed Motion to Unseal Certain Portions of the Trial Court Record. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Agreed Motion to Unseal Certain Portions of the Trial Court Record [Doc. # 259] is GRANTED. The following records will be unsealed:

| Docket # | Date Filed | Pleading |
|:---:|:---:|:---:|
| 55 | September 5, 2007 | Defendants' Technology Synopsis |
| 64 | September 26, 2007 | Plaintiff's Reply Claim Construction Brief |
| 65 | September 26, 2007 | Additional Attachment to Plaintiff's Reply Claim Construction Brief |
| 66 | September 27, 2007 | Plaintiff's Opposition to Defendants' Motion for Summary Judgment |

| Docket # | Date Filed | Pleading |
|---|---|---|
| 67 | September 27, 2007 | Additional Attachment to Plaintiff's Reply Claim Construction Brief 96 |
| 96 | January 25, 2008 | Defendants' Motion for Summary Judgement of Non-Infringement and Brief in Support |
| 147 | March 17, 2008 | Additional Attachments to Plaintiff's Motion *in Limine* to Exclude Testimony of Mr. Tipton Cole on Issues Not Disclosed |
| 161 | March 26, 2008 | Order Denying Defendants' Motion for Summary Judgment of Non-Infringement |

All other portions of record that were placed under seal shall remain under seal. Of course nothing in this order transforms into admissable evidence, documents submited to assist the court or to inform the court of a party's contentions that were not actual exhibits at trial, such as technology synopses and motions.

So **ORDERED** and **SIGNED** this **24** day of **September, 2008.**

_____
Ron Clark, United States District Judge